1  Mark A. Neubauer (SBN 73728)
   Katessa C. Davis (SBN 146922)
2  STEPTOE & JOHNSON LLP
   2121 Avenue of the Stars, Suite 2800
3  Los Angeles, CA  90067-5052
   Telephone:  (310) 734-3200
4  Facsimile:  (310) 734-3300
   Email:  mneubauer@steptoe.com
5  Email:  kdavis@steptoe.com

6  Attorneys for Defendant
   JOHNSON & JOHNSON CHOICES LONG TERM
7  DISABILITY PLAN erroneously sued as JOHNSON & JOHNSON
   LONG-TERM DISABILITY INCOME PLAN
8

9
10 UNITED STATES DISTRICT COURT

11 NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN VANBUSKIRK, | Case No.: C07-01970CRB |
| Plaintiff, | **STIPULATION REGARDING EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT** |
| vs. | |
| JOHNSON & JOHNSON LONG-TERM DISABILITY INCOME PLAN, | [Local Rule 6-1(a)] |
| Defendant. | Judge: Hon. Charles R. Breyer<br>Final Pretrial Conf.:    Not Set<br>Trial Date:    Not Set |

1  Pursuant to the United States District Court's Civil Local Rule 6-1(a),
2  Plaintiff Kathleen Vanbuskirk ("Plaintiff") and Defendant Johnson & Johnson
3  Long-Term Disability Income Plan ("Defendant"), through their respective counsel
4  of record, HEREBY STIPULATE and agree that Defendant will have an extension
5  of time to answer or otherwise respond to the Complaint until May 23, 2007.

Dated: May 3, 2007

STEPTOE & JOHNSON LLP
Mark A. Neubauer
Katessa C. Davis

By _____/s/ Mark A. Neubauer_____
MARK A. NEUBAUER
Attorneys for Defendant
JOHNSON & JOHNSON CHOICES LONG TERM DISABILITY PLAN erroneously sued as JOHNSON & JOHNSON LONG-TERM DISABILITY INCOME PLAN

Dated: May 7, 2007

LEWIS, FEINBERG, LEE, RENAKER & JACKSON
Cassie Springer-Sullivan
Michelle Roberts

By _____/s/ Cassie Springer-Sullivan_____
CASSIE SPRINGER-SULLIVAN
Attorneys for Plaintiff KATHLEEN VANBUSKIRK

IT IS SO ORDERED
/s/ Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

May 9, 2007

2

DOC. # CC-158890 V.1

CASE NO. C07-01970 CRB
STIP RE EXTENSION OF TIME TO
FILE RESPONSE TO COMPLAINT