IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHLEEN VANBUSKIRK, | Case No. C07-01970 CRB |
| Plaintiff, | **STIPULATED DISMISSAL AND [PROPOSED] ORDER** |
| vs. | |
| JOHNSON & JOHNSON LONG-TERM DISABILITY INCOME PLAN | |
| Defendant. | |

Plaintiff KATHLEEN VANBUSKIRK ("Plaintiff") and Defendant JOHNSON & JOHNSON LONG-TERM DISABILITY INCOME PLAN ("Plan") (referred to collectively as the "parties") have reached a resolution of this matter. The parties agree to dismiss this action in its entirety with prejudice, pursuant to Fed. R. Civ. P. 41(a). Each party shall bear its own fees and costs.

Plaintiff and Plan agree and stipulate that the United States District Court for the Northern District of California shall retain jurisdiction in this matter for the purpose of enforcing this Agreement.

///

| | | |
|---|---|---|
| Dated: November 19, 2007 | | LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. |
| | By: | /s/ Michelle Roberts |
| | | Michelle Roberts |
| | | *Attorneys for Plaintiff* |
| Dated: Nov. 26, 2007 | | STEPTOE & JOHNSON LLP |
| | By: | /s/ Katessa C. Davis |
| | | Katessa C. Davis |
| | | *Attorneys for Plan* |

The Court hereby dismisses this action with prejudice. The Court reserves continuing jurisdiction over this case for disputes regarding the implementation, enforcement, construction, and interpretation of the Settlement Agreement.

**SO ORDERED.**

Date: Nov. 29, 2007

HONORABLE CHARLES R. BREYER
U.S. DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer